No. 537. SNYDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 550. SOUTHERN PACIFIC TRANSPORT Co. *v.* SHANNON. C. A. 5th Cir. Certiorari denied.

No. 551. AVEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 552. STANDARD FORGE & AXLE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 554. THE ORIENTAL INVENTOR *v.* DILLON. C. A. 5th Cir. Certiorari denied.

No. 556. SACCO, AKA ROSSELLI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 558. CLOSE *v.* LEDERLE ET AL. C. A. 1st Cir. Certiorari denied.

No. 559. CALLAHAN MINING CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 731. COMMISSIONER OF INTERNAL REVENUE *v.* CALLAHAN MINING CORP. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 428 F. 2d 721.

No. 560. CITY OF CHATTANOOGA ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 6th Cir. Certiorari denied.

No. 562. BAILES, TRUSTEE IN BANKRUPTCY *v.* FIRST NATIONAL BANK OF MOBILE. C. A. 5th Cir. Certiorari denied.